IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHIE SHEETS, | : | 4:15-CV-01978 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| LYCOMING COUNTY SHERIFF, | : | |
| Defendant. | | |

**O R D E R**

AND NOW, this 28th day of March 2016, Joseph A. Barrett, Esquire, Mediator, reported to the Court, (ECF No. 13), that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge